IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COACH, INC., *et al.*, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. H-10-1108 |
| ANGELA'S BOUTIQUE, *et al.*, | § |
| Defendants. | § |

## ORDER

A hearing will be held on the motion to dismiss. The hearing is set for **June 10, 2010, at 10:00 a.m.**

SIGNED on June 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge