IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COACH, INC., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-1108 |
| § | |
| § | |
| ANGELA'S BOUTIQUE, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal , (Docket Entry No. 19), the claims against defendant Paul Fiehler are dismissed without prejudice.

SIGNED on August 5, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge