IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1108 |
| | § | |
| ANGELA'S BOUTIQUE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On November 8, 2011, the parties informed the court that they have reached an amicable settlement and that they intend to file dismisal papers by March 29, 2012. (Docket Entry No. 54). In light of the parties' notice of settlement, this case is administratively closed until March 29, 2012. All outstanding deadlines are canceled and all pending motions are denied as moot. By March 29, 2012, the parties must either file dismissal papers with a motion to dismiss with prejudice or a written statement explaining why the settlement could not be consummated as scheduled.

SIGNED on December 6, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge